**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

ELIZABETH HAVILAND, individually and on behalf of all others similarly situated,

Plaintiff,

v.

COACHELLA MUSIC FESTIVAL, LLC, a Delaware limited liability company; GOLDENVOICE, LLC, a California limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No: 2:26-CV-02449-DJC-CSK

Assigned to Hon. Daniel J. Calabretta

**ORDER GRANTING STIPULATION TO SET ASIDE AND VACATE DEFAULTS AND EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

**Action Filed**: July 11, 2026

The Court, having reviewed the Parties' Stipulation to Set Aside and Vacate Defaults and Extend Defendants' Time to Respond to the Complaint (the "Stipulation"); and finding good cause shown, hereby **ORDERS** as follows:

1. The Parties' Stipulation is **GRANTED**;
2. The defaults entered against Defendants Coachella Music Festival, LLC and Goldenvoice, LLC on August 19, 2025 (ECF Nos. 8 and 9) are hereby set aside and vacated; and
3. Defendants' deadline to answer or otherwise respond to the Complaint is extended through and including September 18, 2026.

**IT IS SO ORDERED.**

Dated: August 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE