**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

ELIZABETH HAVILAND, individually and on behalf of all others similarly situated,

Plaintiff,

v.

COACHELLA MUSIC FESTIVAL, LLC, a Delaware limited liability company; GOLDENVOICE, LLC, a California limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No: 2:26-CV-02449-DJC-CSK

Assigned to Hon. Daniel J. Calabretta

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RULE 26(F) JOINT STATUS REPORT**

**Action Filed**: July 11, 2026

The Court, having reviewed the Parties' Stipulation to Extend the Deadline to File a Rule 26(f) Joint Status Report; and finding good cause shown, hereby **ORDERS** as follows:

1. The Parties' Stipulation is **GRANTED**;
2. The deadline for the Parties to file a Rule 26(f) Joint Status Report pursuant to the Court's Initial Case Management Order (ECF No. 2) is extended by sixty (60) days, through and including November 16, 2026.

**IT IS SO ORDERED.**

Dated: August 28, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE