**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

ELIZABETH HAVILAND, individually and on behalf of all others similarly situated,

Plaintiff,

v.

COACHELLA MUSIC FESTIVAL, LLC, a Delaware limited liability company; GOLDENVOICE, LLC, a California limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No: 2:26-CV-02449-DJC-CSK

Assigned to Hon. Daniel J. Calabretta

**ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING SENATE BILL 690**

**Action Filed**: July 11, 2026

The Court, having reviewed the Parties' Joint Stipulation to Stay this Action; and finding good cause shown, hereby **ORDERS** as follows:

1. The Parties' Stipulation is **GRANTED**;
2. This action is stayed in its entirety up to and including January 1, 2027; and
3. If there is any determination that SB 690 will not take effect, including if the Governor of California vetoes SB 690 or otherwise declines to sign it into law, the Parties shall meet and confer and file a joint status report within fourteen (14) days of that determination, advising the Court of the status of the case and proposing next steps.

**IT IS SO ORDERED.**

Dated: September 14, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE